*John McKim Minton, Jr.,* and *Robert M. Davis* for Salvatore Gati, appellant.

*Erwin N. Schapira, Ralph J. Barra* and *Caesar B. F. Barra* for Charles Sberna, appellant.

*Thomas E. Dewey, District Attorney (Felix C. Benvenga, Jacob J. Rosenblum* and *Charles C. Tillinghast, Jr.,* of counsel), for respondent.

As to each defendant: judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and FINCH, JJ.; LEHMAN, LOUGHRAN and RIPPEY, JJ., concur under section 542 of the Code of Criminal Procedure.

HEMPORT CORPORATION, Appellant, *v.* SUTTER-RALPH CORPORATION, Respondent.

Argued October 12, 1938; decided November 22, 1938.

*Harry Schneider, Henry A. Uterhart* and *Joseph Otis* for appellant.

*Martin S. House, Joseph Glass* and *Bernard Alpert* for respondent.

Judgment modified so as to enjoin the plaintiff from erecting the structure described in the complaint, and, as so modified, affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.